UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ROBERT LEE GILLELAND,

        Defendant.

No. CR03-444RSL

ORDER DENYING MOTION TO
TERMINATE SUPERVISED RELEASE

      This matter comes before the Court on defendant's "Motion for Termination of Term of Supervised Release," Dkt. #26. Defendant contends that termination of supervision is warranted by his conduct and the interest of justice. Id. at 2. Defense counsel apparently spoke with defendant's probation officer who "confirmed that Mr. Gilleland has been fully compliant with supervision and has tested drug free on all occasions." Id. The government opposes the motion because the Probation Office has not joined in the request. Dkt. #27.

      Because the Court has received no filing from the Probation Office in support of termination, the Court DENIES defendant's motion to terminate supervised release (Dkt. #26). Defendant may resubmit his motion after the Probation Office has had an opportunity to issue a recommendation on the matter.

DATED this 10th day of July, 2009.


Robert S. Lasnik
United States District Judge